**GIBBONS P.C.**
Robert K. Malone, Esq.
Mark B. Conlan, Esq.
Christopher P. Anton, Esq
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Email: rmalone@gibbonslaw.com
       mconlan@gibbonslaw.com
       canton@gibbonslaw.com
       kmcevilly@gibbonslaw.com

*Attorneys for the Cipolla Defendants*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br><br>              Debtor. | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>Hon. John K. Sherwood |
| AIRN LIQUIDATION TRUST CO., LLC, in its capacity as Liquidation Trustee of the AIRN LIQUIDATION TRUST,<br><br>              Plaintiff,<br><br>    v.<br><br>JOSEPH CIPOLLA, CIPOLLA & CO., LLC, CFA ASSURANCE SERVICES LLC, CFA REVIEW SERVICES LLC, CFA TAX SERVICES LLC, CIPOLLA FINANCIAL ADVISORS LLC, and DOES 1-100,<br><br>              Defendants. | Adv. Pro. No. 24-01097-JKS |

**NOTICE OF MOTION OF CIPOLLA DEFENDANTS TO DISMISS
PLAINTIFF'S ADVERSARY COMPLAINT PURSUANT TO RULE 7012
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**PLEASE TAKE NOTICE** that Joseph Cipolla ("**Cipolla**"), Cipolla & Co., LLC ("**Cipolla & Co.**"), CFA Assurance Services LLC, CFA Review Services LLC ("**CFA Review**"), CFA Tax Services LLC ("**CFA Tax**") and Cipolla Financial Advisors LLC (collectively, the "**Cipolla Defendants**"), by and through their attorneys, Gibbons P.C., filed the *Motion of Cipolla Defendants to Dismiss Plaintiff's Adversary Complaint Pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure* (the "**Motion to Dismiss**") with the United States Bankruptcy Court for the District of New Jersey (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion to Dismiss shall: (i) be in writing; (ii) set forth the specific basis thereof; (iii) be filed with the Clerk of the United States Bankruptcy Court for the District of New Jersey; and (iv) be served upon the Cipolla Defendants' undersigned counsel, together with proof of service thereof, so as to be actually received no later than **May 14, 2024** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief sought in the Motion to Dismiss will be held on **May 21, 2024 at 10:00 a.m. (ET)** before the Honorable John K. Sherwood, United States Bankruptcy Judge for the District of New Jersey, in Courtroom 3D at the United States Bankruptcy Court for the District of New Jersey, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102.

**PLEASE TAKE FURTHER NOTICE** that unless a written response or objection is timely filed and simultaneously served in accordance with this Notice, it may not be considered by the Court. In the event no objections are filed and served by the Objection Deadline, the relief requested in the Motion to Dismiss may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that the Cipolla Defendants have submitted a proposed form of order herewith. Oral argument is requested in the event an objection is timely filed.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: April 25, 2024<br>Newark, New Jersey | **GIBBONS P.C.**<br><br>By: */s/ Robert K. Malone*<br>    Robert K. Malone, Esq.<br>    Mark B. Conlan, Esq.<br>    Christopher P. Anton, Esq<br>    Kyle P. McEvilly, Esq.<br>    One Gateway Center<br>    Newark, New Jersey  07102<br>    Telephone:  (973) 596-4500<br>    Email: rmalone@gibbonslaw.com<br>              mconlan@gibbonslaw.com<br>              canton@gibbonslaw.com<br>              kmcevilly@gibbonslaw.com<br><br>*Attorneys for the Cipolla Defendants* |

3