**GIBBONS P.C.**
Robert K. Malone, Esq.
Mark B. Conlan, Esq.
Christopher P. Anton, Esq
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey  07102
Telephone:  (973) 596-4500
Email: rmalone@gibbonslaw.com
       mconlan@gibbonslaw.com
       canton@gibbonslaw.com
       kmcevilly@gibbonslaw.com

*Attorneys for the Cipolla Defendants*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>Hon. John K. Sherwood |
| AIRN LIQUIDATION TRUST CO., LLC, in its capacity as Liquidation Trustee of the AIRN LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH CIPOLLA, CIPOLLA & CO., LLC, CFA ASSURANCE SERVICES LLC, CFA REVIEW SERVICES LLC, CFA TAX SERVICES LLC, CIPOLLA FINANCIAL ADVISORS LLC, and DOES 1-100,<br><br>Defendants. | Adv. Pro. No. 24-01097-JKS |

**ORDER DISMISSING PLAINTIFF'S ADVERSARY COMPLAINT PURSUANT TO RULE 7012 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

The relief set forth on the follow page, numbered (2), be and is hereby **ORDERED**.

**Page:** 2
**Debtor:** National Realty Investment Advisors, LLC
**Case No.:** 22-14539 (JKS)
**Adv. Pro. No.:** 24-01097 (JKS)
**Caption:** *Order Dismissing Plaintiff's Adversary Complaint Pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure*

Upon the *Motion of Cipolla Defendants to Dismiss Plaintiff's Adversary Complaint Pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure* (the "**Motion to Dismiss**") [ECF No. 10];[1] and good and sufficient notice of the Motion to Dismiss having been provided by the Cipolla Defendants; and the Court having conducted a hearing (the "**Hearing**") to consider the Motion to Dismiss and any responses and objections thereto; and the Court having reviewed and considered (i) the Motion to Dismiss, (ii) responses and objections thereto, if any, and (iii) the arguments of counsel made, and the evidence proffered or adduced, at the Hearing; and for good cause shown;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure, the Motion to Dismiss by the Cipolla Defendants be and is hereby **GRANTED**.

2. The Complaint is **DISMISSED** with **PREJUDICE**.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Dismiss.