**GIBBONS P.C.**
Robert K. Malone, Esq.
Mark B. Conlan, Esq.
Christopher P. Anton, Esq
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Email: rmalone@gibbonslaw.com
       mconlan@gibbonslaw.com
       canton@gibbonslaw.com
       kmcevilly@gibbonslaw.com

*Attorneys for the Cipolla Defendants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br><br>           Debtor. | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>Hon. John K. Sherwood |
| AIRN LIQUIDATION TRUST CO., LLC, in its capacity as Liquidation Trustee of the AIRN LIQUIDATION TRUST,<br><br>           Plaintiff,<br><br>   v.<br><br>JOSEPH CIPOLLA, CIPOLLA & CO., LLC, CFA ASSURANCE SERVICES LLC, CFA REVIEW SERVICES LLC, CFA TAX SERVICES LLC, CIPOLLA FINANCIAL ADVISORS LLC, and DOES 1-100,<br><br>           Defendants. | Adv. Pro. No. 24-01097-JKS |

**ADJOURNMENT REQUEST**

3155003.1 117086-107583

1. I, Kyle P. McEvilly, Esq., am the attorney for Joseph Cipolla, Cipolla & Co., LLC, CFA Assurance Services LLC, CFA Review Services LLC, CFA Tax Services LLC and Cipolla Financial Advisors LLC, and request an adjournment of the following matters for the reasons set forth below.

   A. Motion of Cipolla Defendants to Dismiss Plaintiff's Adversary Complaint Pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure [ECF No. 10].

   **Current Hearing Date and Time**: July 24, 2024 at 10:00 a.m. (ET)

   **New Date and Time Requested**: August 27, 2024 at 2:00 p.m. (ET)

   B. Pretrial Conference [ECF No. 2].

   **Current Hearing Date and Time**: July 24, 2024 at 10:00 a.m. (ET)

   **New Date and Time Requested**: August 27, 2024 at 2:00 p.m. (ET)

   C. Application to Shorten Time on Liquidation Trustee's Motion for (1) Leave to File Surreply, or in the Alternative, to Strike Portions of Defendants' Reply and (2) Referral to Mediation [ECF No. 16].

   **Related Documents**:

   a. Liquidation Trustee's Motion for (1) Leave to File Surreply, or in the Alternative, to Strike Portions of Defendants' Reply and (2) Referral to Mediation [ECF No. 15].

   b. Cipolla Defendants' Letter Objection to Application to Shorten Time on Liquidation Trustee's Motion for (1) Leave to File Surreply, or in the Alternative, to Strike Portions of Defendants' Reply and (2) Referral to Mediation [ECF No. 17].

   **Current Hearing Date and Time**: July 24, 2024 at 10:00 a.m. (ET)

   **New Date and Time Requested**: August 27, 2024 at 2:00 p.m. (ET)

   **Reason for the Adjournment Request**: The parties have agreed to a thirty (30) day adjournment of the foregoing matters to engage in settlement discussions and to not file any additional pleadings until the expiration of the thirty (30) day period.

2. This Adjournment Request is submitted with the consent of the parties.

   I certify under penalty of perjury that the foregoing is true.

Dated: July 24, 2024                                    */s/ Kyle P. McEvilly*
Newark, New Jersey                                      Kyle P. McEvilly

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: <u>August 27, 2024 @ 2:00 pm</u>    ☐ Peremptory

☐ Granted over objection(s) New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**