UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ICE MILLER LLP
Louis T. DeLucia, Esq. | Alyson M. Fiedler, Esq.
1500 Broadway, Suite 2900
New York, NY 10036
Phone: 212-835-6312
louis.delucia@icemiller.com
alyson.fiedler@icemiller.com

Counsel to AIRN Liquidation Trust Co., LLC
in its capacity as Liquidation Trustee of the
AIRN Liquidation Trust

In Re:

NATIONAL REALTY INVESTMENT
ADVISORS, LLC,
                        Debtor.

Case No.:       24-01097

Chapter:           11

Hearing Date:   8/27/2024

Judge:           Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Liquidation Trustee's Motion For (1) Leave To File Surreply, Or In The Alternative, To Strike, Portions Of Defendants' Reply And (2) Referral To Mediation. (Dkt. No. 15).

Date: 8/26/2024

/s/ Louis T. DeLucia
Signature

*rev.8/1/15*