**GIBBONS P.C.**
Robert K. Malone, Esq.
Mark B. Conlan, Esq.
Christopher P. Anton, Esq
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Email: rmalone@gibbonslaw.com
    mconlan@gibbonslaw.com
    canton@gibbonslaw.com
    kmcevilly@gibbonslaw.com

*Attorneys for the Cipolla Defendants*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>Hon. John K. Sherwood |
| AIRN LIQUIDATION TRUST CO., LLC, in its capacity as Liquidation Trustee of the AIRN LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH CIPOLLA, CIPOLLA & CO., LLC, CFA ASSURANCE SERVICES LLC, CFA REVIEW SERVICES LLC, CFA TAX SERVICES LLC, CIPOLLA FINANCIAL ADVISORS LLC, and DOES 1-100,<br><br>Defendants. | Adv. Pro. No. 24-01097-JKS |

**MOTION OF CIPOLLA DEFENDANTS TO DISMISS PLAINTIFF'S
FIRST AMENDED ADVERSARY COMPLAINT PURSUANT TO RULE
7012 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Defendants Joseph Cipolla ("**Cipolla**"), Cipolla & Co., LLC ("**Cipolla & Co.**"), CFA Assurance Services LLC, CFA Review Services, LLC ("**CFA Review**"), CFA Tax Services, LLC ("**CFA Tax**") and Cipolla Financial Advisors, LLC (collectively, the "**Cipolla Defendants**"), pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), file this motion to dismiss (the "**Motion to Dismiss**") the *First Amended Adversary Complaint* [ECF. No. 20] (the "**Amended Complaint**") filed by the AIRN Liquidation Trust Co., LLC (the "**Liquidation Trust**"), in its capacity as Liquidation Trustee of the AIRN Liquidation Trust (the "**Liquidation Trustee**"), in the chapter 11 bankruptcy cases of *In re National Realty Investment Advisors, LLC, et al.*, Case No. 22-14539 (Bankr. D.N.J.) (JKS) (the "**Bankruptcy Case**"). In support hereof, the Cipolla Defendants rely upon the *Memorandum of Law in Support of Motion of Cipolla Defendants to Dismiss Plaintiff's First Amended Adversary Complaint Pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure* (the "**Memorandum of Law**"), filed simultaneously herewith, and, for the reasons set forth therein, respectfully request that the Court enter the proposed *Order Dismissing the Plaintiff's First Amended Adversary Complaint Pursuant to Bankruptcy Rule 7012* (the "**Proposed Order**"), submitted herewith.

## JURISDICTION

1. The Court has jurisdiction over the Motion to Dismiss pursuant to 28 U.S.C. §§ 157 and 1334, and the *Standing Order of Reference* from the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.).

2. Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

3. Pursuant to Bankruptcy Rule 7012(b), the Cipolla Defendants do not consent to the entry of a final order or judgment on any "non-core" matters in connection with the above-captioned adversary proceeding.

## PROCEDURAL BACKGROUND

4. On June 7, 2022 (the "**Petition Date**"), National Realty Investment Advisors, LLC ("**NRIA**"), along with over 130 affiliated entities (together with NRIA, the "**Debtors**") each filed voluntary petitions for relief under chapter 11, title 11, United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of New Jersey (the "**Court**").

5. On July 25, 2023, the Debtors, with the support of the Official Committee of Unsecured Creditors, filed the *First Amended Joint Chapter 11 Plan of Liquidation of National Realty Investment Advisors, LLC and its Affiliated Debtors* (the "**Plan**"). Bankruptcy Case ECF No. 3256.

6. On August 10, 2023, the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming First Amended Joint Chapter 11 Plan of Liquidation of Natural Realty Investment Advisors, LLC and its Affiliated Debtors*. Bankruptcy Case ECF No. 3599. The Plan went effective on August 25, 2023. Bankruptcy Case ECF No. 3711.

7. Pursuant to the Plan, among other things, the Liquidation Trust was created, certain causes of action were purportedly transferred to the Liquidation Trust, and the Liquidation Trustee was appointed as trustee thereof. Bankruptcy Case ECF No. 3256

8. On February 23, 2023, the Liquidation Trustee filed the *Adversary Complaint* [ECF No. 1] (the "**Complaint**") against the Cipolla Defendants, thereby commencing the above-captioned adversary proceeding (the "**Adversary Proceeding**"). Thereafter, the Cipolla

Defendants and Liquidation Trustee engaged in motion practice concerning, among other things, dismissal of the Complaint. *See* ECF Nos. 10, 12, 14-17.

9. On August 26, 2024, the Liquidation Trustee, with the Cipolla Defendants' consent, filed the Amended Compliant. ECF No. 20.

## **RELIEF REQUESTED AND REASONS THEREFOR**

10. The Cipolla Defendants submit this Motion to Dismiss, pursuant to Rule 12 of the Federal Rules of Civil Procedure (the "**Civil Rules**"), made applicable by Bankruptcy Rule 7012.

11. As set forth more fully in the accompanying Memorandum of Law filed in support hereof, the Motion to Dismiss seeks the dismissal of all Counts in the Amended Complaint with prejudice for, among other things, the Liquidation Trustee's lack of standing to bring pre-judgment tort claims under applicable law and the Liquidation Trustee's failure to properly state a claim for relief under Civil Rules 8 and 9, made applicable by Bankruptcy Rules 7008 and 7009, respectively.

## **NOTICE**

12. Notice of the Motion to Dismiss is being provided to counsel for the Liquidation Trustee, Ice Miller LLP, via (i) regular mail, postage pre-paid, and (ii) electronic mail, and to all parties having formally requested notice in the Adversary Proceeding pursuant to Bankruptcy Rule 2002 via the Court's CM/ECF system.

**WHEREFORE**, for the reasons set forth herein and in the Memorandum of Law, the Cipolla Defendants respectfully request that, pursuant to Bankruptcy Rule 7012, the Court enter the Proposed Order dismissing the Amended Complaint with prejudice.

Dated: November 4, 2024  **GIBBONS P.C.**
Newark, New Jersey

By: */s/ Robert K. Malone*
    Robert K. Malone, Esq.
    Mark B. Conlan, Esq.
    Christopher P. Anton, Esq
    Kyle P. McEvilly, Esq.
    One Gateway Center
    Newark, New Jersey  07102
    Telephone:  (973) 596-4500
    Email: rmalone@gibbonslaw.com
           mconlan@gibbonslaw.com
           canton@gibbonslaw.com
           kmcevilly@gibbonslaw.com

*Attorneys for the Cipolla Defendants*