Order Filed on January 31, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>**NATIONAL REALTY INVESTMENT ADVISORS, LLC,**<br><br>　　　　　　　　　　Debtor. | Case No.:　　22-14539<br>Chapter:　　11<br>Judge:　　John K. Sherwood |
| **AIRN LIQUIDATION TRUST CO., LLC,**<br>　　　　Plaintiff,<br>　　v.<br>**JOSEPH CIPOLLA, et al.,**<br>　　　　Defendants. | Adv. Pro. No.:　　24-01097 |

**ORDER RE: DEFENDANTS' MOTION TO DISMISS**

The relief on the following page, numbered two (2), is hereby ORDERED.

DATED: January 31, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable John K. Sherwood
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

Page 2

| | |
|---|---|
| Debtor: | National Realty Investment Advisors, LLC |
| Case No.: | 22-14539 |
| Adv. Pro. No.: | 24-01097 |
| Caption: | **ORDER RE: DEFENDANTS' MOTION TO DISMISS** |

For the reasons set forth by the Court in its January 31, 2025 decision on the record, it is hereby

**ORDERED**:

That Defendants' Motion to Dismiss [ECF No. 23], the Plaintiff's Amended Complaint [ECF No. 20], is:

granted as to Count I and III (Actual Fraudulent Transfer);

granted in part as to Count VIII (Breach of Contract) for Joseph Cipolla personally;

and denied as to all other Counts.